

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 13CR0841-BEN |
|---|---|
| Plaintiff, | |
| v. | ORDER AND JUDGMENT TO DISMISS THE SUPERSEDING INDICTMENT WITHOUT PREJUDICE |
| JOSE MORENO NEVAREZ, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Superseding Indictment in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: 11/06, 2017.

HONORABLE ROGER T. BENITEZ
United States District Judge